**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| **MICHAEL ANDREW PERKINS, #942,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **vs.** | )  **Case No. 26-cv-00730-JPG** |
| | ) |
| **JUSTIN SEALIZE,** | ) |
| **JACOB WATERS,** | ) |
| **and JASON YUNKER,** | ) |
| | ) |
| **Defendants.** | ) |

## MEMORANDUM AND ORDER

**GILBERT, District Judge:**

Plaintiff Michael Andrew Perkins filed a Complaint pursuant to 42 U.S.C. § 1983 on May 26, 2026. (Doc. 1).  In his Complaint, Plaintiff brought one or more claims for an allegedly unlawful search and seizure by police officers in West Frankfort, Illinois.  He seeks monetary relief. *Id*.

Plaintiff filed this action without prepaying the $405.00 filing fee or filing a motion for leave to proceed *in forma pauperis* (IFP motion).  Therefore, on May 26, 2026, the Court entered a Notice and Order requiring Plaintiff to either prepay the $405.00 filing fee or file an IFP motion within 30 days (no later than June 25, 2026).  (Doc. 2).  Plaintiff missed the deadline, so the Court entered the following Notice of Impending Dismissal on July 1, 2026:

> Notice of Impending Dismissal. Plaintiff is WARNED that the entire action will be dismissed, if he does not pay the $405.00 filing fee or file a properly completed IFP motion by July 14, 2026. See FED. R. CIV. P. 41(b). If he wishes to avoid the assessment of a filing fee for this action, Plaintiff may instead file a motion to voluntarily dismiss case by the same deadline of July 14, 2026. Failure to respond to this Order by July 14, 2026 will result in dismissal of this action and also result in the obligation to pay the filing fee for the case. The Clerk of Court is DIRECTED to SEND a copy of the Notice and Order (Doc. 2) and this Order to Plaintiff.

1

2

(Doc. 3).  Plaintiff also missed this deadline.

All deadlines have expired, including extended deadlines, and Plaintiff has taken no steps to move this matter forward.  To date, he has not paid the filing fee, filed an IFP motion, or responded to the Notice of Impending Dismissal (Doc. 3).

This action is therefore **DISMISSED** without prejudice for failure to comply with the Court's Orders (Docs. 2 and 3) and for want of prosecution.  *See* FED. R. CIV. P. 41(b); *Ladien v. Astrachan*, 128 F.3d 1051 (7th Cir. 1997); *Johnson v. Kamminga*, 34 F.3d 466 (7th Cir. 1994). Plaintiff's obligation to pay the filing fee for this action was incurred at the time the case was opened.  *See* 28 U.S.C. § 1915(b)(1); *Lucien v. Jockisch*, 133 F.3d 464, 467 (7th Cir. 1998).  The $405.00 filing fee remains due and payable.

The Clerk's Office is **DIRECTED** to close this case and enter judgment accordingly.

**IT IS SO ORDERED.**

**DATED: July 21, 2026**

_____
**J. PHIL GILBERT**
**United States District Judge**

2